FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

MAR 2 9 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>Olaitan Michael Olaniyi<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:13-mj-1035<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30, 2012__ in the county of __Pitt__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1341 | Mail Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terry Tate, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 29 MARCH 2013

_____
*Judge's signature*

City and state: __Raleigh, North Carolina__    Hon. James E. Gates, United States Magistrate Judge
*Printed name and title*

SBM

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA

Case No. _____

## AFFIDAVIT IN SUPPORT OF AN CRIMINAL COMPLIANT

I, Terry Tate, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Terry Tate, am a Special Agent with the United States Secret Service (USSS) and have been so employed since November 1998. I am currently assigned to the Raleigh, North Carolina Resident Office (Raleigh RO). In my capacity as a Special Agent, I have been involved in the investigation of various forms of financial crimes including access device fraud, wire fraud, bank fraud, and identity theft. I am currently involved in an on-going investigation involving bank fraud, wire fraud and alleged violations of 18 U.S.C. § 1341 and other statutes

2. I make this affidavit in support of a criminal complaint against Olaitan Michael Olaniyi for mail fraud, in violation of 18, United States Code, Section 1341. This information is based on my personal knowledge and information provided to me by other law enforcement officers and other individuals. This information is provided for the purpose of establishing probable cause. This information is not a complete statement of all the facts related to this case.

3. I have been working with Chad Parnell, a United States Postal Inspector who is currently assigned to the Wilmington, North Carolina domicile of the United States Postal Inspection Service (USPIS). Prior to joining the USPIS, Chad Parnell was a Special Agent with the United States Secret Service (USSS) for five years and a Charleston South Carolina Police

Officer for two years. As a Postal Inspector, Chad Parnell enforces federal laws relating to postal offenses. Chad Parnell's assignment includes, but is not limited to, investigations of mail fraud, mail theft, credit card fraud, identity theft, burglaries and robberies of Post Offices, illegal mailings of non-mailable items, which include hazardous materials, narcotics, and threatening communications.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my or Chad Parnell's knowledge about this matter.

## PROBABLE CAUSE

5. On November 30, 2012, Chad Parnell was notified by the United States Postal Service (USPS) Greenville Annex that 1291 Park West Dr., Apt 11, Greenville, NC, had received multiple parcels in person's names other than the names of individuals known to be living at the residence.

6. On December 7, 2012, Chad Parnell was notified by the letter carrier servicing 1291 Park West Apt 11 that he was going to deliver several parcels to that residence addressed to Olaitan Olaniyi, Michael Stanley and Michael Salman. Chad Parnell instructed the letter carrier to hold the parcels pending further investigation.

7. On December 10, 2012, Chad Parnell took possession of the parcels. Two of the parcels listed the sender as Stephen Prohl, in Jonesboro, GA. During a telephone interview, Prohl informed Chad Parnell that he was contacted via email after posting his resume on careerbuilder.com. Prohl was offered employment as a shipper for a company named Global Worldwide Express and directed to a website of the same name. He was instructed to pick up

packages from the Jonesboro, GA, Wal-Mart as the alternate pick-up person on shipped to store merchandise. Once he picked up the parcels, and repackaged them for shipping by placing a mailing label addressed to 1291 Park West Apt11, Greenville, NC. Prohl received the pre-addressed mailing labels via email. He was told that he would receive $50 per box in the form of a Western Union transfer. Prohl confirmed that he mailed the two parcels in question and verbally authorized inspection.

8. One of the parcels contained seven laptop computers with invoices, reflecting that six were purchased from Wal-Mart on-line and one from Toys-R-Us. The Toys-R-Us invoice listed Steve Borchelt of Boyertown, Pennsylvania as the purchaser. In a telephone interview, Borchelt told Chad Parnell that he was previously alerted by his bank that his credit card had been fraudulently used on December 1, 2012, to purchase that laptop. He confirmed that he did not make that purchase.

9. On December 11, 2012, Chad Parnell performed a controlled delivery of the parcels including the fraudulently purchased laptop to 1291 Park West Apt. 11, Greenville, NC. Dawn Olaniyi accepted the parcels and requested Chad Parnell place the parcels inside of her residence. Following acceptance of the parcels through her signature, the Greenville Police Department executed a search warrant on the property. In addition to the parcels Chad Parnell had delivered, boxes and labels in various other names were seized from the residence.

10. On December 11, 2012, Olaitan Olaniyi was arrested by the Greenville Police Department on four warrants for obtaining property by false pretenses. During a search incident to this arrest, the Blackberry was seized.

11. On January 9, 2013, with his counsel present, Olaniyi agreed to be interviewed by federal law enforcement agents. Olaniyi admitted that he was part of a large network of Nigerian nationals perpetrating various fraud schemes in the United States to include purchasing laptops with stolen credit cards. He told these agents that he used the Blackberry to communicate with his co-conspirators and to store information he used to perpetrate the fraudulent schemes. Olaniyi stated he received packages at his home and other addresses in the Greenville, NC area which, he mailed to his co-conspirators in Nigeria and other locations outside NC.

## CONCLUSION

12. Based on my experience as a Special Agent of the United States Secret Service, and the above stated facts, I submit that this affidavit supports probable cause to believe that Olaitan Olaniyi violated Title 18, United States Code, Section 1341. I respectfully request that arrest warrant be issued.

Respectfully submitted,

TERRY B. TATE
Special Agent
United States Secret Service

Subscribed and sworn to before me
on March 29, 2013:

UNITED STATES MAGISTRATE JUDGE