IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-72-1BR

UNITED STATES OF AMERICA :
:
v. :
:
OLANITAN MICHAEL OLANIYI, :
a/k/a Richard Allman, :
    Thomas Duval, :
    Gabriel Palmer, :
    Michael Salman, :
    Michael Stanley :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on March 25, 2014, the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A):

| | |
|---|---|
| Gateway Laptop | NUWZMAA00422022A547614 |
| Asus Laptop | C50ABC266437 |
| Asus Laptop | C50ABC131568 |
| Samsung 46" TV | Z4TD3CBC303624 |
| Hoover Vacuum | H12D01663634 |
| HP Office Jet Printer | CN29FB2G67 |
| Cisco Linksys Router | 10820C64233273 |
| Apple TV | DY5HLURTDRHN |
| Philips 8 GB Recorder | RK1J1122069994 |
| Blackberry Tablet | 134322469061 |
| Apple Keyboard | None |
| Television Stand | None |

| | |
|---|---|
| Vibram Shoes (8 pairs) | None |
| Gateway LT Laptop | NUWZMAA0062420420A5167614 |
| Gateway LT Laptop | NUWZMAA0062420420A51B7614 |
| Gateway NE Laptop | NXY1UAA012649142403400 |
| Satellite C855 Laptop | YC515216Q |
| HP 20" LED Monitor | CNC240P5LL |
| HP 20" LED Monitor | CNC240P5L7 |
| Acer LED 23" Monitor | ETLTS0R03263303FDC2400 |
| LG LED LCD Monitor | 212NDXQ9M418 |
| HP 2000 Notebook | 5CG3021W54 |
| Cuisinart Expresso Maker | none |
| HP 20" Monitor | CNC244QM02 |
| HP 2000 Laptop | 5CG30211PC |
| Gateway LT Laptop | NUWZMAA00624101C5C7614 |
| Gateway LT Laptop | NUWZMAA006239154E97614 |
| Blackberry Cell Phone | 12RMX3200011205 |
| Samsung FlatScreen TV | Z1R83CSZ404036K |
| Nikon D700 Camera | 2314817 |
| Nikon Battery Pack | 2269427 |
| Acer Laptop | 21612748416 |
| Acer Laptop | LUSGA0D02620817DEC7614 |
| Acer Laptop | LUSGA0D02620817DB17614 |
| Acer Laptop | LUSGA0D0262081835B7614 |
| Acer Laptop | LUSGA0D02620817E007614 |
| Acer Laptop | LUSGA0D02620817D817614 |
| Acer Laptop | LUSGA0D02620817D867614 |
| Element 32" TV | ELCFQ324N |
| Iphone | F17JM5GJF8GL |
| Ipad | DLXGNHT2DFJ1 |
| Iphone 4 | 86033FLHA4S |
| Iphone 4 | C8THRZKDDPNG |
| HP Notebook | CND2451J7Z |
| Sony Digial Camera | 0818190 |
| AT&T Fusion Go Phone | 863496013016635 |
| Acer Laptop | LUSGA0D067208456D37614 |
| Acer Laptop | LUSGA0D0672101BF867614 |
| Acer Laptop | LUSGA0D026208180267614 |

| | |
|---|---|
| Acer Laptop | LUSGA0D0092101855D7614 |
| Maylong Mobility Netbook | MN1000B1201 |
| Gateway Laptop | NUWZMAA0042212BFAB7614 |
| Aeropostale Watch (2) | None |
| Unopened Clothing | None |
| Aspire One Laptop | LUSGA0D02620817D147614 |
| Aspire One Laptop | LUSGA0D02620733CE67614 |
| Aspire One Laptop | LUSGA0D02620733B8C7614 |
| Aspire One Laptop | LUSGA0D02620733DC77614 |
| Aspire One Laptop | LUSGA0D02620733B7A7614 |
| Aspire One Laptop | LUSGA0D0262081805C7614 |
| Aspire One Laptop | LUSGA0D026208180477614 |
| Gateway Laptop | NUWZMAA004219188E17614 |
| Aeropostale Coats (2) | None |
| Ipad 16 GB | DN6GHRWFDFJ1 |
| Case Logic PC Case | ZLCS214 |
| HP Envy Laptop | C2M81UA#ABA |
| Blackberry Torch Cell Phone | 353491041082847 |
| Blackberry Bold cell phone HEX | A000001CC0D6F9 |
| Samsung cell phone black in color | None |
| Apple Iphone 4 | C8TJLVS7DPNG |
| Apple IPAD 16 G and case | DQTG63BSDFJ1 |
| Laptop HP | 884037-001 |
| SanDisk 2GB MicroSD | None |
| Samsung Galaxy 2 10.1 | R22CBOOKACL |
| Samsung Galaxy 2 7.0 | R32CA07RBLH |
| Samsung Galaxy 2 10.1 | R22BOONH7D |
| Samsung Galaxy 2 7.0 | R32CAO7RBFV |

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Memorandum of Plea Agreement as to

3

the defendant, OLANITAN MICHAEL OLANIYI, the interest of the defendant in the identified property is herewith forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. §§ 853(n)(1) through (7). In accordance with Fed. R. Crim. P. 32.2(a)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(a)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish at least once in a newspaper of general circulation notice of the United States' intent to dispose of the property in such a manner as the Secretary of Treasury or the Attorney General may direct, and notice that any person, other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the subject property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and any additional facts supporting the petitioner's claim and the relief sought. The United States should also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(6).

5. That any and all forfeited funds shall be deposited by the United States Department of the Treasury and/or the United States Department of Justice as soon as located or recovered into the United States Department of Treasury Assets Forfeiture Fund and/or the United States Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. §

881(e).

This 1 May 2014.

_____
W. Earl Britt
Senior U.S. District Judge