UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-72-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLANITAN MICHAEL OLANIYI | ORDER |

This matter is before the court on defendant's unopposed motion to amend the judgment. The motion is ALLOWED. It is hereby ORDERED that the judgment entered 8 August 2014 be amended on page 2 by inserting the following language after "The court makes the following recommendations to the Bureau of Prisons:"

The Defendant be allowed to serve the confinement portion of his sentence at FCI Butner, if he so qualifies.

This 14 August 2014.

                                                    W. Earl Britt
                                                    Senior U.S. District Judge