IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-72-BR

| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| OLANITAN MICHAEL OLANIYI | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 1, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(2)(A), based upon the defendant pleading guilty to 18 U.S.C. §§ 1349 and 1028A(a)(1) and (2), and agreeing to the forfeiture of the property listed in the May 1, 2014 Preliminary Order of Forfeiture, to wit:

| Gateway Laptop | NUWZMAA00422022A547614 |
| Asus Laptop | C50ABC266437 |
| Asus Laptop | C50ABC131568 |
| Samsung 46" TV | Z4TD3CBC303624 |
| Hoover Vacuum | H12D01663634 |
| HP Office Jet Printer | CN29FB2G67 |
| Cisco Linksys Router | 10820C64233273 |
| Apple TV | DY5HLURTDRHN |
| Philips 8 GB Recorder | RK1J1122069994 |
| Blackberry Tablet | 134322469061 |
| Apple Keyboard | None |
| Television Stand | None |
| Vibram Shoes (8 pairs) | None |
| Gateway LT Laptop | NUWZMAA0062420420A5167614 |
| Gateway LT Laptop | NUWZMAA0062420420A51B7614 |
| Gateway NE Laptop | NXY1UAA012649142403400 |
| Satellite C855 Laptop | YC515216Q |

| | |
|---|---|
| HP 20" LED Monitor | CNC240P5LL |
| HP 20" LED Monitor | CNC240P5L7 |
| Acer LED 23" Monitor | ETLTS0R03263303FDC2400 |
| LG LED LCD Monitor | 212NDXQ9M418 |
| HP 2000 Notebook | 5CG3021W54 |
| Cuisinart Expresso Maker | none |
| HP 20" Monitor | CNC244QM02 |
| HP 2000 Laptop | 5CG30211PC |
| Gateway LT Laptop | NUWZMAA00624101C5C7614 |
| Gateway LT Laptop | NUWZMAA006239154E97614 |
| Blackberry Cell Phone | 12RMX3200011205 |
| Samsung FlatScreen TV | Z1R83CSZ404036K |
| Nikon D700 Camera | 2314817 |
| Nikon Battery Pack | 2269427 |
| Acer Laptop | 21612748416 |
| Acer Laptop | LUSGA0D02620817DEC7614 |
| Acer Laptop | LUSGA0D02620817DB17614 |
| Acer Laptop | LUSGA0D0262081835B7614 |
| Acer Laptop | LUSGA0D02620817E007614 |
| Acer Laptop | LUSGA0D02620817D817614 |
| Acer Laptop | LUSGA0D02620817D867614 |
| Element 32" TV | ELCFQ324N |
| Iphone | F17JM5GJF8GL |
| Ipad | DLXGNHT2DFJ1 |
| Iphone 4 | 86033FLHA4S |
| Iphone 4 | C8THRZKDDPNG |
| HP Notebook | CND2451J7Z |
| Sony Digial Camera | 0818190 |
| AT&T Fusion Go Phone | 863496013016635 |
| Acer Laptop | LUSGA0D067208456D37614 |
| Acer Laptop | LUSGA0D0672101BF867614 |
| Acer Laptop | LUSGA0D026208180267614 |
| Acer Laptop | LUSGA0D0092101855D7614 |
| Maylong Mobility Netbook | MN1000B1201 |
| Gateway Laptop | NUWZMAA0042212BFAB7614 |
| Aeropostale Watch (2) | None |
| Unopened Clothing | None |
| Aspire One Laptop | LUSGA0D02620817D147614 |
| Aspire One Laptop | LUSGA0D02620733CE67614 |
| Aspire One Laptop | LUSGA0D02620733B8C7614 |
| Aspire One Laptop | LUSGA0D02620733DC77614 |

| | |
|---|---|
| Aspire One Laptop | LUSGA0D02620733B7A7614 |
| Aspire One Laptop | LUSGA0D0262081805C7614 |
| Aspire One Laptop | LUSGA0D026208180477614 |
| Gateway Laptop | NUWZMAA004219188E17614 |
| Aeropostale Coats (2) | None |
| Ipad 16 GB | DN6GHRWFDFJ1 |
| Case Logic PC Case | ZLCS214 |
| HP Envy Laptop | C2M81UA#ABA |
| Blackberry Torch Cell Phone | 353491041082847 |
| Blackberry Bold cell phone HEX | A000001CC0D6F9 |
| Samsung cell phone black in color | None |
| Apple Iphone 4 | C8TJLVS7DPNG |
| Apple IPAD 16 G and case | DQTG63BSDFJ1 |
| Laptop HP | 884037-001 |
| SanDisk 2GB MicroSD | None |
| Samsung Galaxy 2 10.1 | R22CBOOKACL |
| Samsung Galaxy 2 7.0 | R32CA07RBLH |
| Samsung Galaxy 2 10.1 | R22BOONH7D |
| Samsung Galaxy 2 7.0 | R32CAO7RBFV |

AND WHEREAS, the United States published notice of this forfeiture at the [www.forfeiture.gov](www.forfeiture.gov) web site for at least 30 consecutive days, between June 26, 2014 and July 25, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims,

3

contested or otherwise, have been filed for the property described in this Court's May 1, 2014 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the May 1, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury and/or U.S. Secret Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 24 November 2014.

_____
W. Earl Britt
Senior U.S. District Judge