IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:13-CR-72-BR-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OLANITAN MICHAEL OLANIYI, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's pro se motion (D.E. 92) for a free copy of the docket sheet. Defendant's motion for a free copy of the docket sheet is GRANTED, and the Clerk is DIRECTED to send him a copy at no expense.

SO ORDERED, this the 11th day of December 2015.

_____
James E. Gates
United States Magistrate Judge